# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0265. LINNETTE E. DREISBACH v. BASKIN & BASKIN, P. C.**

The law firm of Baskin & Baskin, P. C. sued Linnette E. Dreisbach to recover unpaid legal fees, and Dreisbach asserted a counterclaim for legal malpractice. Baskin & Baskin moved for summary judgment on Dreisbach's counterclaim, and the trial court granted the motion. Dreisbach filed this application for discretionary appeal from the trial court's ruling.

The grant of partial summary judgment may be directly appealed. See OCGA § 9-11-56 (h); see also *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 Ga. App. 884) (1989). We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j); see also *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (OCGA § 5-6-35 (j) applies to the grant of partial summary judgment).

Accordingly, this application is hereby GRANTED. Dreisbach shall have ten days from the date of this order to file a notice of appeal with the trial court if she has not already done so. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, ___01/19/2018___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*